```
                    UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                          WESTERN DIVISION

                       NO. 5:11-CR-308-1H

UNITED STATES OF AMERICA        :
                                :
            V.                  :              O R D E R
                                :
JOYONE FARMER                   :
```

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 36 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __5th__ day of ___July___, 2012.

```
        _____
        MALCOLM J. HOWARD
        Senior United States District Judge
```